**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6879**

UNITED STATES OF AMERICA,

       Plaintiff - Appellee,

  v.

TERRY T. MOORE,

       Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Rebecca Beach Smith, Senior District Judge.  (4:01-cr-00111-RBS-1)

Submitted:  May 30, 2024                             Decided:  June 3, 2024

Before GREGORY and HARRIS, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Terry T. Moore, Appellant Pro Se.  Alyson Cox Yates, OFFICE OF THE UNITED STATES ATTORNEY, Newport News, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry T. Moore appeals the district court's order granting in part his motion for a reduction of sentence.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *United States v. Moore*, No. 4:01-cr-00111-RBS-1 (E.D. Va. Aug. 16, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*